**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 21-11683-TWD |
| JAMES DAVID THEROS, | **ORDER DISMISING CASE** |
| Debtor-in-Possession. | |

THIS MATTER came before the Court on the Debtor's Motion to Dismiss this Chapter 11 case ("Debtor"). The Court has reviewed the Motion, the Debtor's Declaration in Support Thereof, any Responses, and the files and records in this case, therefore, it is hereby ORDERED that this case is Dismissed.

**ORDER DISMISSING CASE** - 1

HENRY & DEGRAAFF, P.S.
119 FIRST AVE S., SUITE 500
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

/ / / End of Order / / /

Presented by:
Henry & DeGraaff, P.S.

*/s/ Jacob D. DeGraaff*
Jacob D. DeGraaff, WSBA No. 36713
Counsel for Debtor-in-Possession

**ORDER DISMISSING CASE** - 2

**HENRY & DEGRAAFF, P.S.**
119 FIRST AVE S., SUITE 500
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 21-11683-TWD    Doc 78    Filed 07/10/23    Ent. 07/10/23 13:55:59    Pg. 2 of 2